IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX INFUSION THERAPY, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-13-1646 |
| | § | |
| VIVEK SAHGAL, M.D., P.A., | § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

The plaintiff, Healix Infusion Therapy, Inc., has filed a motion for entry of default and for default judgment against defendant Vivek Saghal, M.D., P.A. (the "Practice"). This defendant has been served but has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper.

Healix Infusion Therapy, Inc. has also filed affidavits and exhibits in support of its claims for actual damages in the amount of $286,953.04 and reasonable attorney's fees in the amount of $1,675.00 for 6.7 hours of work, as well as $350.00 for taxable costs of court Healix Infusion Therapy, Inc. has also sent the Practice notice of the motion for entry of default and default judgment. Further notice to the Practice and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

Healix Infusion Therapy, Inc. has established its entitlement to default judgment against Vivek Saghal, M.D., P.A. The motion for entry of default and for default judgment

is granted. Final judgment is entered in favor of Healix Infusion Therapy, Inc., and against Vivek Saghal, M.D., P.A., for damages in the amount of $ 286,953.04; attorney's fees in the amount of $1,675.00; postjudgment interest at the rate of .11%; and $350.00 for costs of court.

This is a final judgment.

SIGNED on July 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge